January 25, 2008

Ms. Diana L. Faust
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202
Mr. George W. Mauze II
Mauze Law Firm
3308 Broadway 4th Floor
San Antonio, TX 78209

RE: Case Number: 06-0929
 Court of Appeals Number: 04-05-00565-CV
 Trial Court Number: 2001-PC-0706

Style: LIVING CENTERS OF TEXAS, INC., CYNDI BROWN, LNFA, AND
 KIMBERLY BORDOVSKY, DON
 v.
 AUGUSTINE PEÑALVER, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF
 THE ESTATE OF MARIA BELIA PEÑALVER, DECEASED, AND RAMON PEÑALVER

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per
curiam opinion and judgment in the above-referenced cause. Pursuant
to Texas Rule of Appellate Procedure 59.1, after granting the petition
for review and without hearing oral argument, the Court reverses the
court of appeals’ judgment and remands the case to the trial court.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy
 Clerk
Enclosures
|cc:|Mr. Keith E. |
| |Hottle |
| |Mr. Gerry |
| |Rickhoff |